UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-134 PAM/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARSHALL SAUNDERS,<br>Defendant. | **STIPULATION FOR COMPROMISED SETTLEMENT AND CONFESSION OF JUDGMENT** Order |

The parties named above, the United States of America, plaintiff, and Marshall Saunders, defendant, hereby stipulate and agree to settle this action according to the following terms:

1. The defendant shall pay to the plaintiff $16,108.00 in a lump sum. The lump sum payment, in the form of a cashier's check or money order, shall be made payable to the "U.S. Department of Justice" and must be received in the Financial Litigation Unit of the U.S. Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 by 5:00 p.m. on September 6, 2000.

2. The parties agree that as of the date of the signing of this stipulation, the debt balance owed plaintiff by the defendant is $14,155.46 principal, plus interest to November 2, 1999, in the amount of $6,398.74, together with additional prejudgment interest at the rate of 8.10 percent per annum from November 2, 1999, plus costs and pursuant to 28 U.S.C. §2412, costs in the amount of $150.00.

FILED SEP 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 15 2000
DEPUTY CLERK

3. If the lump sum payment of $16,108.00 described in paragraph one is timely made, it shall constitute a full and complete settlement and release of all claims asserted by plaintiff in this action, and the parties agree to sign and file with the Court a Stipulation of Dismissal With Prejudice and without an award of costs.

4. If the defendant fails to adhere to the terms set forth in paragraph one above, by failing to make the payment described in said paragraph, or by making the payment described in said paragraph late or in an amount less than agreed herein, the plaintiff shall file this Stipulation for Compromised Settlement and Confession of Judgment with the Court as a confession of judgment against said defendant for the remaining amount due under paragraph 2 above, without further notice or hearing.

5. If judgment is entered in this case, the parties agree that the judgment be in the amount described in paragraph two above, less any payments made to date and that said judgment will accrue postjudgment interest at the legal rate.

6. If a judgment is entered in this case, the parties agree that the plaintiff is entitled to enforce collection of that judgment by all legal means available, including, but not limited to, filing liens against the defendant's non-exempt real and personal property, garnishing the defendant's wages and bank

accounts and levying against the defendant's non-exempt real and personal property.

Dated: August 25, 2000

B. TODD JONES
United States Attorney
M. Trippler
BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887

Dated:

MARSHALL SAUNDERS
Defendant

ORDER

IT IS SO ORDERED.

Dated: September 8, 2000

United States District Court